# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No. 2:20-cr-346-GMN-EJY |
|---|---|
| Plaintiff, | |
| vs. | **UNSEALING ORDER** |
| LEE JACOB BALDON, Jr., | |
| Defendant. | |

## ORDER

**IT IS HEREBY ORDERED**, on the motion of the government and good cause appearing therefor, that the captioned matter is unsealed.

**IT IS SO ORDERED** this February __9__, 2024.

_____
THE HONORABLE ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1