UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Lee Jacob Baldon, Jr.,<br><br>　　　　Defendant. | Case No. 2:20-CR-00346-GMN-EJY<br><br>**Order** |

Good cause appearing, Defendant Baldon's motion, (ECF No. 58), is granted.

IT IS THEREFORE ORDERED that United States Probation prepare a pre-plea presentence investigation report.

_____
Gloria M. Navarro
United States District Judge

Dated: April __2_, 2025.